FILED
2006 Sep-14 AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RONALD SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 7:05-cv-2026-RDP-TMP |
| ) | |
| DR. EARL STRAPMEN, HUMAN RE- ) | |
| SOURCES, MAURICE NEWMAN and ) | |
| SANDRA LAWRENCE ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 21, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as premature under 28 U.S.C. § 1915A(b)(1). Plaintiff filed objections to the report and recommendation on September 7, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as premature pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** and **ORDERED** this ___13th___ day of September, 2006.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE